RANDY L. ROYAL
CHAPTER 7 TRUSTEE
P.O. BOX 551
GREYBULL, WY 82426
PHONE: 307-765-4433
FAX: 307-765-9563

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In Re: | ) | |
| JACOB MILNE | ) | |
| | ) | Case No. 25-20303 |
| | ) | |
| Debtor(s) | ) | |

**TRUSTEE'S NOTICE OF**
**INTENTION TO ABANDON PROPERY**

Randy L. Royal, the Trustee of this estate, proposes to abandon the interest of the estate in and to the real property located at 943 Horseshoe Road, Casper, WY 82604

The real property is of inconsequential value to the estate. There is no equity in this property to administer.

It is in the best interest of the estate to abandon this property, and the Trustee intends to do so unless there are timely objections in accordance with the notice furnished to creditors and other parties in interest.

DATED: October 12, 2026.

/s/ Randy L. Royal, Chapter 7 Trustee

RANDY L. ROYAL
CHAPTER 7 TRUSTEE
P.O. BOX 551
GREYBULL, WY 82426
PHONE: 307-765-4433
FAX: 307-765-9563

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In Re: | ) | |
| JACOB MILNE | ) | |
| | ) | Case No. 25-20303 |
| | ) | |
| Debtor(s) | ) | |

**NOTICE OF TRUSTEE'S NOTICE OF INTENTION TO ABANDON PROPERTY AND OPPORTUNITY TO OBJECT**

**NOTICE IS HEREBY GIVEN** that the Trustee intends to abandon real property, specifically the home and improvements located at 943 Horseshoe Road, Casper, WY 82604. A copy of the pleading is being mailed herewith.

You are notified that if you desire to oppose this action, you must file with the U.S. Bankruptcy Court, 2120 Capitol Ave., Ste. 6004, Cheyenne, Wyoming, 82001 and serve on the Trustee in the case a written objection to the requested relief on or before **October 29, 2026.** In the absence of a timely objection, the relief sought may be granted by the Court without further hearing. If you file a written response, the Court will set the matter for, and provide notice of, a hearing.

DATED: October 12, 2026.

*/s Randy L. Royal*
Randy L. Royal
Chapter 7 Trustee
524 Fifth Avenue South
P.O. Box 551
Greybull, WY 82426-0551
Telephone (307) 765-4433

RANDY L. ROYAL
CHAPTER 7 TRUSTEE
P.O. BOX 551
GREYBULL, WY 82426
PHONE: 307-765-4433
FAX: 307-765-9563

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In Re: | ) | |
| JACOB MILNE | ) | |
| | ) | Case No. 25-20303 |
| | ) | |
| Debtor(s) | ) | |

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the **NOTICE OF TRUSTEE'S NOTICE OF INTENTION TO ABANDON PROPERTY AND OPPORTUNITY TO OBJECT** and **TRUSTEE'S NOTICE OF INTENTION TO ABANDON PROPERTY** was served on the following parties on October 12, 2026 as indicated below. The electronic notice will be done by the U.S. Bankruptcy Clerk.

<u>Via: United States Mail:</u>
Official mailing matrix - attached

Santander Consumer USA Inc. dba Chrysler Capital
C/O Stewart, Zlimen & Jungers Ltd.
2860 Patton Road
Roseville, MN 55113

<u>Via: Electronic Notice:</u>
U.S. Trustee's Office
C. Morgan Lasley MLasley@sayerlaw.com
M. Gregory Weisz gregory.weisz@wyo.gov

/s/ Paul Knight, Attorney at Law

Label Matrix for local noticing
1089-2
Case 25-20303
District of Wyoming
Cheyenne
Wed Aug 20 09:47:06 MDT 2025

US Bankruptcy Court
2120 Capitol Avenue #6004
Cheyenne, WY 82001-3647

Ahern Rentals
1401 Mineral Ave
Las Vegas, NV 89106-4342

Attorney General
Wyoming Attomey
General?s Office
109 State Capitol
Cheyenne, WY 82002-0001

Billd Exchange, LLC.
3800 N Lamar Blvd
Austin, TX 78756-4011

Buckshot Trucking
c/o Corthell & King PC
PO Box Box 1147
Laramie, WY 82073-1147

Caleigh Peak
2671 E 15th St, unit 103
Casper, WY 82609-4119

Capital One
1680 Capital One Drive
Mclean Ave., VA 22102-3407

Chrystler Capital
P.O. BOX 660335
Dallas, TX 75266-0335

Chrystler Capital
PO Box 961211
Fort Worth, TX 76161-0211

Credit One Bank
6801 South Cimarron Road
Las Vegas, NV 89113-2273

Foundry Treatment Center
1915 Alpine Plz #C3
Steamboat Springs, CO 80487-2112

Freedom Mortgage
907 Pleasant Valley Ave.
Mount Laurel, NJ 08054-1210

Honeycutt Law Firm, Pllc
PO Box 2484
Cornelius, NC 28031-2484

Hoods Equipment & Sprinkler
2401 East Yellowstone
Casper, WY 82609-1759

Installation & Services Co., LLC.
PO Box 2938
Mills, WY 82644-2938

KY Enterprises
unknown
Riverton, WY 82501

(p)MARK A KIRKORSKY P C
PO BOX 25287
TEMPE AZ 85285-5287

Old Republic Surety Company
8100 Sandpiper Cir.
Baltimore, MD 21236-4991

(p)PACIFIC POWER
ATTN LEGAL ADMINISTRATOR
825 NE MULTNOMAH ST STE 2000
PORTLAND OR 97232-2152

Specialty Counseling
4025 Rawlins Street
Cheyenne, WY 82001-1900

Specialty Products & Insulation
6000 Fairview Road, Ste 400
Charlotte, NC 28210-0209

The People of The State of Wyoming
109 State Capitol
Cheyenne, WY 82002-0001

US Trustee
308 West 21st Street, 2nd Floor
Cheyenne, WY 82001-3669

Vincent Davey Law
301 E Adams Ave
Riverton, WY 82501-4311

Winship & Winship
145 S Durbin St. #201
Casper, WY 82601-2566

Winship & Winship
145 South Durbin
Casper, WY 82601-2538

Winship & Winship P.C.
145 South Durbin
Casper, WY 82601-2538

Jacob Milne
943 Horseshoe Road
Casper, WY 82604-2010

Paul K. Knight
Knight Law Offices LLC
PO Box 1546
Dubois, WY 82513-1546

Randy L. Royal
P.O. Box 551
Greybull, WY 82426-0551

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Mark A. Kirkorsky, P.C.
8020 W. Sahara Ave. Suite 225
Las Vegas, NV 89117

Rocky Mountain Power
2840 E Tellowstone Highway
Casper, WY 82609

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 30 |
| Bypassed recipients | 0 |
| Total | 30 |