RANDY L. ROYAL
CHAPTER 7 TRUSTEE
P.O. BOX 551
GREYBULL, WY 82426
PHONE: 307-765-4433
FAX: 307-765-9563

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In Re: | ) | |
| JACOB MILNE | ) | |
| | ) | Case No. 25-20303 |
| | ) | |
| Debtor(s) | ) | |

**TRUSTEE'S ABANDONMENT OF PROPERTY**

COMES NOW, Randy L. Royal, Trustee herein and hereby abandons the following described property pursuant to his "**Trustee's Notice of Intention to Abandon Property**," which was mailed to all interested parties the 12th day of October, 2026; no objection or request for hearing was filed in opposition to the notice.

**943 Horseshoe Road, Casper, WY 82604**

DATED: November 2, 2026

/s/ Randy L. Royal, Chapter 7 Trustee